THE PEOPLE ex rel. THE CENTRAL BANK OF CHERRY VALLEY, Respondent, v. THE BOARD OF SUPERVISORS OF OTSEGO COUNTY, Appellant.

THE PEOPLE ex rel. THE BANK OF COOPERSTOWN, Respondent,
v. THE SAME, Appellant.

THE PEOPLE ex rel. THE WORTHINGTON BANK, Respondent,
v. THE SAME, Appellant.

(Argued September 25, 1872; decided January term, 1873.)

*H. Sturges* for the appellant.

*J. E. Dewey* for the respondent.

THESE cases presented the same question and were argued and decided with *The People ex rel. The Otsego County Bank*, Respondent, v. *The Board of Supervisors of Otsego County*, Appellant (*ante*, p. 401).